UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN GUILMETTE,<br><br>　　　　Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br>UNUMPROVIDENT CORPORA-<br>TION and STRATUS COMPUTER,<br>INC., a wholly-owned subsidiary of<br>Ascend Communications, Inc.<br>GROUP LONG TERM<br>DISABILITY PLAN,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 04-40201<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below-named attorney enters an appearance as counsel for Defendants:

　　　　　　　　　　　　John J. Aromando
　　　　　　　　　　　　Pierce Atwood LLP
　　　　　　　　　　　　One Monument Square
　　　　　　　　　　　　Portland, ME 04101
　　　　　　　　　　　　(207) 791-1100

DATED: 12/16/04

　　　　　　　　　　　　_____
　　　　　　　　　　　　John J. Aromando, BBO #545648

　　　　　　　　　　　　PIERCE ATWOOD LLP
　　　　　　　　　　　　One Monument Square
　　　　　　　　　　　　Portland, ME 04101
　　　　　　　　　　　　(207) 791-1100

　　　　　　　　　　　　Attorneys for Defendants

{W0296204.1}