UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN GUILMETTE,<br><br>      Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br>UNUMPROVIDENT CORPORA-<br>TION and STRATUS COMPUTER,<br>INC., a wholly-owned subsidiary of<br>Ascend Communications, Inc.<br>GROUP LONG TERM<br>DISABILITY PLAN,<br><br>      Defendants | Civil Action No. 04-40201 |

## CORPORATE DISCLOSURE STATEMENT

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. Its parent company, UnumProvident Corporation, has issued shares to the public.

DATED: December 16, 2004

John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0301518.1}