## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents were served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

>Mala M. Rafik, Esq.
>Rosenfeld & Rafik
>44 School Street
>Boston, MA 02108

DATED: 12/16/04

_____
John J. Aromando, BBO #545648

{W0296204.1}