UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN GUILMETTE, )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>UNUMPROVIDENT CORPORA- )<br>TION and STRATUS COMPUTER, )<br>INC., a wholly-owned subsidiary of )<br>Ascend Communications, Inc. )<br>GROUP LONG TERM )<br>DISABILITY PLAN, )<br>)<br>    Defendants ) | Civil Action No. 04-40201 |

**STATUS REPORT OF REASSESSMENT**

Pursuant to the Order, dated March 22, 2005, the parties report the following regarding the status of the reassessment of claims:  The reassessment process under the Regulatory Settlement Agreement (the "RSA") for notified claimants is continuing.  The claims with the oldest denial or termination date are being reassessed first as required by the express terms of the RSA.  New claims are still being received.  Plaintiff's claim is in line for reassessment.  Unum is using its best efforts to complete the reassessment process by December 31, 2006.  Presently, insureds who elected reassessment and whose claims were decided in early 2001 are being contacted regarding the reassessment of their claim.  Plaintiff's claim was denied in and around September 2003.

DATED:  September 30, 2005

{W0397542.1}

/s/ Mala M. Rafik
Mala M. Rafik, BBO #638075
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

Attorney for Plaintiff Susan Guilmette

/s/ Geraldine G. Sanchez
Geraldine G. Sanchez
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

Attorneys for Defendant
Unum Life Insurance Company of America