UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN GUILMETTE, )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>UNUMPROVIDENT CORPORA- )<br>TION and STRATUS COMPUTER, )<br>INC., a wholly-owned subsidiary of )<br>Ascend Communications, Inc. )<br>GROUP LONG TERM )<br>DISABILITY PLAN, )<br>)<br>    Defendants ) | Civil Action No. 04-40201 |

**STATUS REPORT OF REASSESSMENT**

Pursuant to the Orders dated March 22, 2005 and November 18, 2005, the parties report the following regarding the status of the reassessment of claims: The reassessment process under the Regulatory Settlement Agreement (the "RSA") is continuing. The claims with the oldest denial or termination date are being reassessed first. New claims are still being received. Plaintiff's claim is in line for reassessment. Unum is using its best efforts to complete the reassessment process by June 2007. Presently, insureds who elected reassessment and whose claims were decided in late 2002 are being contacted regarding the reassessment of their claim. Plaintiff's claim was denied in and around September 2003.

{W0397045.2}

DATED: March 29, 2006

/s/ Mala M. Rafik
Mala M. Rafik, BBO #638075
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA  02108
(617) 723-7470

*Attorney for Plaintiff*

/s/ Geraldine G. Sanchez
Geraldine G. Sanchez
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendants*

{W0397045.2}