UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN GUILMETTE, )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>UNUMPROVIDENT CORPORA- )<br>TION and STRATUS COMPUTER, )<br>INC., a wholly-owned subsidiary of )<br>Ascend Communications, Inc. )<br>GROUP LONG TERM )<br>DISABILITY PLAN, )<br>)<br>    Defendants ) | Civil Action No. 04-40201 |

## STATUS REPORT OF REASSESSMENT

Pursuant to the Orders dated March 22, 2005, November 18, 2005, and April 5, 2006, the parties report the following regarding the status of the reassessment of claims: The reassessment process under the Regulatory Settlement Agreement (the "RSA") is continuing. The claims with the oldest denial or termination date are being reassessed first. New claims are still being received. Plaintiff's claim is in line for reassessment. Unum is using its best efforts to complete the reassessment process by June 2007. Plaintiff has been contacted regarding her claim and asked to submit additional information. The parties have agreed that Plaintiff has until November 30, 2006 to submit such updated information.

The parties request that the stay remain in place until the regulatory process is completed

{W0397045.2}

DATED: September 29, 2006

        /s/ Mala M. Rafik
        Mala M. Rafik, BBO #638075
        ROSENFELD & RAFIK, P.C.
        44 School Street, Suite 410
        Boston, MA  02108
        (617) 723-7470

        *Attorney for Plaintiff*

        /s/ Geraldine G. Sanchez
        Geraldine G. Sanchez
        PIERCE ATWOOD LLP
        One Monument Square
        Portland, ME  04101
        (207) 791-1100

        *Attorneys for Defendants*