UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN GUILMETTE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-40201 |
| ) | |
| UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| UNUMPROVIDENT CORPORA- ) | |
| TION and STRATUS COMPUTER, ) | |
| INC., a wholly-owned subsidiary of ) | |
| Ascend Communications, Inc. ) | |
| GROUP LONG TERM ) | |
| DISABILITY PLAN, ) | |
| ) | |
| Defendants ) | |

## STATUS REPORT OF REASSESSMENT

Pursuant to the Orders dated March 22, 2005, November 18, 2005, April 5, 2006, and October 24, 2006, the parties report the following regarding the status of the reassessment of claims: The reassessment process under the Regulatory Settlement Agreement (the "RSA") is continuing. The claims with the oldest denial or termination date are being reassessed first. New claims are still being received. Plaintiff's claim is being reassessed. Assuming that all third party information is received, Unum believes in good faith that its review of this claim will be completed by May 2007.

The parties request that the stay remain in place until the regulatory process is completed.

{W0723169.1}

DATED: April 4, 2007

/s/ Mala M. Rafik
Mala M. Rafik, BBO #638075
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA  02108
(617) 723-7470

*Attorney for Plaintiff*

/s/ Geraldine G. Sanchez
Geraldine G. Sanchez
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendants*