UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN GUILMETTE,<br><br>      Plaintiff<br><br>      v.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br>UNUMPROVIDENT CORPORA-<br>TION and STRATUS COMPUTER,<br>INC., a wholly-owned subsidiary of<br>Ascend Communications, Inc.<br>GROUP LONG TERM<br>DISABILITY PLAN,<br><br>      Defendants | Civil Action No. 04-40201 |

## JOINT STATUS REPORT

Pursuant to the Court's Order, the parties report the following regarding the status of the reassessment of Ms. Guilmette's claim: The reassessment process under the Regulatory Settlement Agreement (the "RSA") for notified claimants has concluded. The Defendants have determined that Ms. Guilmette is eligible for retroactive payment of her long-term disability benefits and has restored her benefits under the terms of her disability plan. Accordingly, the parties are hereby moving to request that the Court enter a Scheduling Order establishing the following deadlines to resolve the last remaining Count of the Plaintiff's Complaint -- whether Plaintiff is entitled to recover her attorneys' fees and costs and if so, the amount to which she may be entitled. The parties are currently in the process of attempting to resolve this matter without the need for extensive briefing and Plaintiff has provided a fee demand to Defendants. The schedule set forth

{W0832292.1}

below provides the parties some time to resolve the pending issue prior to the filing of a fee petition.

| Event | Filing Deadline |
|---|---|
| 1. Plaintiff's Fee Petition | October 15, 2007 |
| 2. Defendants' Opposition | November 14, 2007 |
| 3. Plaintiff's Reply Brief | November 28, 2007 |

DATED: August 30, 2007

/s/ Mala M. Rafik
Mala M. Rafik, BBO #638075
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

Attorney for Plaintiff Susan Guilmette


/s/ Geraldine G. Sanchez
Geraldine G. Sanchez
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

Attorneys for Defendant
Unum Life Insurance Company of America