UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN GUILMETTE,                    )
                                    )
              Plaintiff             )
                                    )
        v.                          )        Civil Action No. 04-40201
                                    )
UNUM LIFE INSURANCE                 )
COMPANY OF AMERICA,                 )
UNUMPROVIDENT CORPORA-              )
TION and STRATUS COMPUTER,          )
INC., a wholly-owned subsidiary of  )
Ascend Communications, Inc.         )
GROUP LONG TERM                     )
DISABILITY PLAN,                    )
                                    )
              Defendants            )

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties

hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own

costs and attorneys' fees.

The Plaintiff,                          The Defendants,
By her Attorney,                        By their Attorney,


/s/ Mala M. Rafik                       /s/ Geraldine G. Sanchez
Mala M. Rafik                           Geraldine G. Sanchez
BBO# 638075                             Admitted *Pro Hac Vice*
ROSENFELD & RAFIK, P.C.                 PIERCE ATWOOD
44 School Street, Suite 350             1 Monument Square
Boston, MA 02108                        Portland, ME  04101
(617) 723-7470                          (207) 791-1332

Date:   October 28, 2007